# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE ANTONIO QUINTANA<br><br>_____<br>Defendant | )<br>)<br>)  Case No.  12-**8260**-DLB<br>)<br>)<br>) |

FILED by __JZ__ D.C.

JUL 11 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jose Antonio Qunitana                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).


Date: __7-3-12__

*Issuing officer's signature*

City and state:   West Palm Beach, Florida           Dave Lee Brannon, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __7/3/12__, and the person was arrested on *(date)* __7/7/12__
at *(city and state)* __West Palm Beach, FL__
                    by ATF

Date: __7/10/12__

*Arresting officer's signature*

M. Chaves   OUSM
*Printed name and title*

8929993                                    1204 0710 4350 - J