UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  }
       Petitioner,  }   CASE NO.: 12-08260-MJ-DLB
                         }
v.                             }   SECOND MOTION TO CONTINUE
                         }   ARRAIGNMENT
JOSE ANTONIO QUINTANA  }
       Defendant.  }
_____}

       The defendant, JOSE ANTONIO QUINTANA, through counsel, respectfully moves this Court to enter an order continuing the date of the arraignment to Tuesday, August 14, 2012, and as grounds therefore states as follows:

    1.    Undersigned previously requested the arraignment be reset in the above styled cause from August 8, 2012 to August 7, 2012.

    2.    An order was entered on August 6, 2012 resetting the date of the Arraignment to August 7, 2012.

    3.    A speedy trial waiver has been executed and was filed on July 23, 2012.

    4.    To date no information has been filed.

    5.    Undersigned has spoken with Assistant United States Attorney Adam McMichael, who stated he has no objection to continuing the arraignment hearing to Tuesday August 14, 2012.

    6.    This motion is filed in good faith and the granting of this motion will not prejudice any party in this action.

    **WHEREFORE**, undersigned respectfully requests that the court grant her a continuance as set forth in the motion above.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2012, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this document is being served simultaneously on all counsel of record in the manner specified, either by transmission of Notices of Electronic Filing generated by CM.ECF, or in another authorized manner.

                                          Respectfully submitted,

                                          SUSY RIBERO-AYALA, P.A.
                                          2525 Ponce De Leon Blvd, Ste 300
                                          Coral Gables, Florida 33134
                                          Telephone:     (305) 854-4711
                                          Facsimile:     (305) 468-6197
                                          Email: Susy@RiberoAyalaLaw.com

By:    /s/: SUSY RIBERO-AYALA
           Susy Ribero-Ayala, Esquire
           Florida Bar Number: 993352